**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | ) | |
|---|---|---|
| In re:   Mckay Wilcox, | ) | Case No: 19-12989-BFK |
|          Sophia Wilcox | ) | Chapter 7 |
| | ) | |
|          Debtors. | ) | |
| _____ | ) | |

## NOTICE OF MOTION AND NOTICE OF HEARING

**Mckay and Sophia Wilcox** have filed a **MOTION TO REDEEM.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **November 7, 2019** you or your attorney must:

☐   Send to the parties listed below at least 14 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case. If necessary, you may obtain a list of such dates by telephone from the clerk's office. The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk. If you are not represented by an attorney, you may instead file with the clerk a written request for hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. The address of the clerk's office is as follows:

> Clerk of Court
> United States Bankruptcy Court
> 200 S. Washington Street
> Alexandria, Virginia 22314

You will be notified by the clerk of the hearing date and will be responsible for sending notice of hearing to the parties listed below.

☒ File with the court, at the address shown above, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

☒ Attend the hearing scheduled to be held on **November 14, 2019 at 1:30 pm in Courtroom I,** 200 South Washington Street, Alexandria, VA 22314.
**If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☒ A copy of any written response must be mailed to the following persons:

United States Trustee, Region 4     Martin C. Conway
115 South Union Street, Suite 210     Conway Law Group, PC
Alexandria, VA 22314     12934 Harbor Dr, Suite 107
     Woodbridge, VA  22192

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

October 17, 2019     CONWAY LAW GROUP, PC

     /s/ Martin C. Conway
     Martin C. Conway (VSB No. 34334)
     12934 Harbor Drive, Suite 107
     Woodbridge, VA 22192
     855-848-3011
     571-285-3334 (facsimile)
     martin@conwaylegal.com
     *Counsel for the Debtor*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically via CM/ECF and mailed, postage prepaid on October 17, 2019 to all creditors on the mailing matrix maintained by the court and the parties in interest below:

Sophia and Mckay Wilcox
1358 Eisenhower Circle
Apartment #303
Woodbridge, VA 22191
*Debtors*

Kevin R. McCarthy
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
*Trustee*

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
*Counsel for Gateway One Lending & Finance, LLC*

                                                  /s/ Martin C. Conway
                                                  Martin C. Conway